IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
__Harrisonburg__ DIVISION

CLERK'S OFFICE U.S. DISTRICT COURT
AT HARRISONBURG, VA
FILED

APR 02 2025

LAURA A AUSTIN, CLERK
BY: /s/
DEPUTY CLERK

__Crystal Allman__
__Gary Allman__
Plaintiff(s),

v.

__Shenandoah Valley Social Services__
__Augusta County Judicial Services,__
__Judge Linda Jones__
Defendant(s).

(Enter the full name(s) of ALL parties in this lawsuit.
Please attach additional sheets if necessary).

5:25cv30

Civil Action No.:
(To be assigned by Clerk of District Court)

## COMPLAINT

**PARTIES**

1. List all Plaintiffs. State the full name of the Plaintiff, address and telephone number. Do the same for any additional Plaintiffs.

    a. Plaintiff No. 1

    Name: __Crystal Allman__

    Address: __70 old Burke mill Rd Weyers Cave VA 24486__

    Telephone Number: __540-810-5527__

    b. Plaintiff No. 2

    Name: __Gary Allman__

    Address: __70 old Burke mill Rd. Weyers Cave VA 24486__

    Telephone Number: __540-810-2956__

2. List all Defendants. State the full name of the Defendant, even if that Defendant is a government agency, an organization, a corporation, or an individual. Include the address where each Defendant may be served. Make sure that the Defendant(s) listed below are identical to those contained in the above caption of the complaint.

   a. Defendant No. 1

      Name: Shenandoah Valley Social Services

      Address: 68 Dick Huff Ln Verona Va 24482

   b. Defendant No. 2

      Name: Augusta County Judicial System / Linda Jones

      Address: 6 E. Johnson ST Staunton Va 24401

**NOTE: IF THERE ARE ADDITIONAL PLAINTIFFS OR DEFENDANTS, PLEASE PROVIDE THEIR NAMES AND ADDRESSES ON A SEPARATE SHEET OF PAPER.**
**Check here if additional sheets of paper are attached:** ☐
**Please label the attached sheets of paper to correspond to the appropriate numbered paragraph above (e.g. Additional Defendants 2.c., 2.d., etc.).**

JURISDICTION

Federal courts are courts of limited jurisdiction. Generally, two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case involving the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one state sues a citizen of another state and the amount of damages is more than $75,000 is a diversity of citizenship case. Federal courts also have jurisdiction over cases where the United States is a Defendant.

3. What is the basis for federal court jurisdiction?

☐ Federal Question       ☐ Diversity of Citizenship       ☒ Government Defendant

4. If the basis for jurisdiction is Federal Question, which Federal Constitution, statutory or treaty right is at issue? List all that apply.

   28 USC § 1391(b)

   The wrongful acts occurred in Augusta County

5. If the basis for jurisdiction is Diversity of Citizenship, what is the state of citizenship of each party? Each Plaintiff must be diverse from each Defendant for diversity jurisdiction.

Plaintiff No. 1: Crystal Allman     State of Citizenship: VA

Plaintiff No. 2: Gary Allman     State of Citizenship: VA

Defendant No. 1: SUSS     State of Citizenship: VA

Defendant No. 2: Ant J.S., Linda Jones     State of Citizenship: VA

**Attach additional sheets of paper as necessary and label this information as paragraph 5. Check here if additional sheets of paper are attached.** ☒

STATEMENT OF THE CLAIM

Describe in the space provided below the basic facts of your claim. The description of facts should include a specific explanation of how, where, and when each of the defendants named in the caption violated the law, and how you were harmed. Do not give any legal arguments or cite cases or statutes. Each paragraph must be numbered separately, beginning with number 6. Please write each single set of circumstances in a separately numbered paragraph.

6. Misleading Conduct and Judicial Deception
Wrongful Removal and Fabrication of Evidence
Abuse of Disability
Misrepresentation and Forced Legal Representation
Interference with Parental Rights
Unlawful Property Disposition
Systemic Bias
Longstanding Corruption

# UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF VIRGINIA HARRISONBURG DIVISION

**Plaintiffs:** Crystal Allman and [Gary Allman ] 70 Old Burke Mill Rd Weyers Cave, VA 24486 Phone: (540) 810-5527 Email: garyallman1302@gmail.com

**Defendants:**

1. **Shenandoah Valley Social Services (SVSS) / Virginia Department of Social Services (CPS)**

2. **Augusta County Judicial System**, including:   a. The Augusta County Circuit Court (for its misleading conduct and subsequent recusal)   b. The Augusta County Juvenile & Domestic Relations Court

3. **Judge Linda Jones**, of the Augusta County Juvenile & Domestic Relations Court

(Plaintiffs reserve the right to pursue separate claims against CPS Attorney James Glick, CPS Supervisor Nenita Cromer, Foster Care Representative Grace Burdett, Guardian ad Litem Paul Titus, Guardian ad Litem Juliett Bates, Foster Parents Connor Fox & Brandon Shifflett, and any additional individuals involved.)

**Case No.:**

**Jury Trial Demanded**

# COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF

## I. INTRODUCTION

1. Plaintiffs Crystal Allman and [Gary Allman] bring this action against Defendants Shenandoah Valley Social Services (SVSS)/CPS, the Augusta County Judicial System, and Judge Linda Jones for gross violations of our constitutional and civil rights.

2. Defendants have engaged in a systematic campaign of deception, fraud, and misconduct—including wrongful removal of our children, fabrication of evidence, discriminatory practices, and judicial bias—designed to keep our children in foster care and deny us a fair trial.

3. This lawsuit is brought not only for monetary relief, which is sought in the amount of **$1,000,000**, but, more importantly, to secure the immediate return of our children and hold the corrupt system accountable.

## II. JURISDICTION AND VENUE

1. This Court has jurisdiction under **28 U.S.C. § 1331** (Federal Question) and **42 U.S.C. § 1983** (Civil Rights Violations Under Color of Law).

2. Supplemental jurisdiction over state law claims is provided under **28 U.S.C. § 1367**.

3. Venue is proper under **28 U.S.C. § 1391(b)** because the wrongful acts occurred in Augusta County, Virginia.

## III. FACTUAL ALLEGATIONS

### A. Misleading Conduct and Judicial Deception

1. On **February 18, 2025**, a judge in the Augusta County Circuit Court falsely informed Plaintiffs that our **Writ of Mandamus was approved**, promising a new trial, a new judge, and a new venue. In reality, the Circuit Court merely forwarded our paperwork to the Virginia Supreme Court and then recused itself—thus, no official approval of the Mandamus was ever given.

2. The deception led us to expend significant resources on legal filings and certified mailings, and it has left us without proper documentation, perpetuating systemic bias and corruption.

### B. Wrongful Removal and Fabrication of Evidence

1. On **September 14, 2024**, CPS Supervisor Nenita Cromer, acting on an unverified "reliable source," unlawfully removed our children without a warrant. When we attempted to explain ourselves,and ask questions we were told to "save it for the judge."On Tuesday 09/17/2024

2. On **September 17, 2024**, Plaintiffs arrived at court at 8:30 AM and waited until noon, only to be told by the secretary of the clerk that no hearing was scheduled; later, however, a 72-hour emergency hearing was held in our absence.

3. 09/17/2024 Judge Linda Jones appointed Crystal Allman a attorny in [Crystals] absence.

4. CPS Attorney James Glick fabricated evidence by falsely reporting that Gary Allman's hair follicle drug test result was **177,000 pg/mg** instead of the actual **17,000 pg/mg**—a deliberate manipulation intended to portray us as habitual drug users.

5. CPS attorney James Glick stated the the children have had broken bones and one even had a broken clavicle when in fact our children have never had broken bones and James Glick was using files from a cps case trailed in 2005.

6. Moreover, Attorney James Glick misrepresented Gary Allman's background by asserting that he had been involved in 8 or 9 CPS cases

when in fact Gary had only been involved in 2 cases James Glick used all of Gary Allman's back ground against Crystal Allman while Gary Allman was not present in the courtroom to defend himself leaving Crystal alone to bear the brunt of these false aligations alone.

7. CPS and CPS Attorney James Glick used documents that Crystal Allman and Gary Allman leagaly resended thier signatures from.- example- (safety plan)

8. Cps visited our home twice in 2023 for anonymous calls and again in July 2024 on a anonymous call all visits were non founded no neglect no abuse every drug test passed and all 3 CPS case workers stated as soon as the investigation started they could tell we weren't abusing nor were we on drugs.

9. Despite CPS assurances in 2023 and July 2024 that a single honest slip-up would not result in removal, our children were taken after a minor relapse in August 2024. This confirms that CPS fabricated a narrative to justify the removal, contrary to their visits and promises.

## C. Abuse of Disability, Misrepresentation, and Forced Legal Representation

1. On **March 11, 2025**, during proceedings in the Augusta County Juvenile & Domestic Relations Court, Judge Linda Jones mocked [Crystal Allman] by stating:     "You claim to be disabled and protected by the ADA, then you should know judges have to give disabled people a GAL."

2. Judge Linda Jones's remark not only demeaned [Crystal Allman] but also coerced her into accepting unauthorized representation by forcing the appointment of Guardian ad Litem Paul Titus—even though she had already fired him as her attorney.

3. Crystal Allman has wrote formal letters and motion to the clerk of the Augusta County Juvenile and Domestic Relations Court and Judge Linda Jones that she did not want an attorney she was representing herself sui juris that Judge Linda Jones denied.

4. These actions blatantly violate the **Americans with Disabilities Act (42 U.S.C. § 12132) and the Rehabilitation Act (29 U.S.C. § 794)**, as they denied [Crystal Allman] the reasonable accommodations and self-representation she is entitled to.

5. Defendants have systematically ignored/denied our written objections, formal letters, and motions, ensuring that we are forced to comply with a corrupt system that continues to keep our children in foster care.

6. [Crystal Allman's disabilities were used against her] Judge Linda Jones's denied the only ADA accommodation Crystal Allman ask for was her husband Gary Allman to be in the courtroom to sit beside and help her threw court proceedings but knowing that Crystal Allman couldn't handle being left alone and put under pressure Judge Linda and CPS

attorney James Glick made sure Gary Allman was not in the courtroom during proceedings.

### D. Interference with Parental Rights and Unlawful Property Disposition

1. Foster Care representatives, including Grace Burdett, along with foster parents Connor Fox and Brandon Shifflett, returned a musical instrument registered in [Crystal Allman]'s name without her consent.

2. Prior to this, the instrument was taken to Music & Arts store for repairs, where the store disclosed [Wife's Full Name]'s private financial information—violating Virginia Code **§ 59.1-443.2** and federal privacy laws.

3. Such actions constitute conversion, larceny, and interference with property rights under **Virginia Code §§ 18.2-95, 18.2-111, and 18.2-102.**

4. On 09/14/2024 Crystal Allman and our children stated not to involve the biological father's or Lori Benson.

5. 10/01/2024 Crystal Allman submitted a notarized formal letter stating not to contact nor give any information to the biological farthers or Lori Benson.Grace Burdett contacted everyone Grace also gives everyone visits and gives them information about Crystal Allman showing OUR PARENTAL RIGHTS MEAN NOTHING.+

### E. Systemic Bias and Longstanding Corruption

1. Since at least **2005**, the same corrupt officials in Augusta County—namely, Judge Linda Jones, CPS Attorney James Glick, Guardian ad Litem Juliett Bates, and Guardian ad Litem/Attorney Paul Titus—have controlled CPS cases, ensuring that parents' rights are repeatedly ignored.

2. The persistent pattern of dismissing our motions, fabricating evidence, and manipulating the legal process highlights a systemic bias designed to keep our children in foster care.

3. If my wife or I were to commit any such violation, we would be facing immediate criminal charges and imprisonment; instead, those in power have acted with impunity, leaving our family in perpetual suffering.

## IV. CAUSES OF ACTION

**Count I: Violation of the Fourth and Fourteenth Amendments (Due Process and Unlawful Seizure)** 24. Defendants unlawfully removed our children without a warrant and continued proceedings without proper jurisdiction, depriving us of our constitutional rights.

**Count II: Violation of the Americans with Disabilities Act and Rehabilitation Act** 25. By mocking our wife's disability and imposing

unauthorized legal representation, Defendants have violated **42 U.S.C. § 12132** and **29 U.S.C. § 794**.

**Count III: Fraud and Misrepresentation** 26. Defendants, including CPS Attorney James Glick and the Augusta County Judicial System, knowingly falsified evidence and misrepresented the status of our Writ of Mandamus, in violation of **Virginia Code § 18.2-178** and **18 U.S.C. § 1001**.

**Count IV: Title IV-E Funding Fraud** 27. Defendants violated federal Title IV-E funding requirements by unlawfully keeping our children in foster care based on false pretenses, in violation of **42 U.S.C. § 671(a)(15)**.

**Count V: Interference with Parental Rights and Intentional Infliction of Emotional Distress** 28. The wrongful removal of our children, the forced imposition of unauthorized representation, and the repeated humiliation and harassment inflicted upon us have caused severe emotional distress, for which we seek compensatory and punitive damages.

**Count VI: Conversion, Larceny, and Unauthorized Use of Property** 29. The unauthorized return of the musical instrument and the wrongful disclosure of our wife's private financial information constitute conversion, larceny, and interference with property rights under **Virginia Code §§ 18.2-95, 18.2-111, and 18.2-102**.

**Count VII: Systemic Bias and Judicial Misconduct** 30. The longstanding involvement of the same corrupt officials in Augusta County CPS cases since 2005 demonstrates a pattern of systemic bias and judicial misconduct that violates our rights and undermines the rule of law.

## V. RELIEF REQUESTED

WHEREFORE, Plaintiffs respectfully request that this Court:

1. Enter judgment in favor of Plaintiffs and award **$1,000,000 in compensatory and punitive damages** for the harm suffered.

2. Declare that all proceedings conducted by Defendants since the wrongful removal of our children are null and void.

3. Order the **immediate return of our children** to our custody.

4. Issue a permanent injunction preventing Defendants from further violating our parental, property, and civil rights.

5. Order a full federal investigation into the systemic corruption, bias, and misconduct within Augusta County's CPS, Foster Care, and Judicial System.

6. Award Plaintiffs attorneys' fees and costs incurred in pursuing this action.

7. Grant any further relief that this Court deems just and proper.

## VI. CONCLUSION

Plaintiffs have endured repeated and systemic violations of their constitutional, federal, and state rights. The Defendants—through wrongful removal of our children, deliberate fabrication of evidence, discriminatory practices, and systemic judicial corruption—have inflicted irreparable harm upon our family. If my wife or I were to commit even one such violation, we would be subject to immediate criminal penalties; instead, those in power have acted with impunity.

We respectfully demand that this Court intervene immediately to restore justice, hold Defendants accountable, and reunite our family.

**Respectfully Submitted,**

Crystal Allman & [Gary Allman] Plaintiffs, Sui Juris 70 Old Burke Mill Rd Weyers Cave, VA 24486 (540) 810-5527 garyallman1302@gmail.com

*Crystal Allman*
3/31/25

*[signature]*
3/31/25

DEMAND FOR JURY TRIAL:   ☒ YES   ☐ NO

Signed this __2__ day of __2025__, __04__.

Signature of Plaintiff No. 1 _____

Signature of Plaintiff No. 2 _Crystal Allman_

**NOTE:** All Plaintiffs named in the caption of the complaint must date and sign the complaint. Attach additional sheets of paper as necessary.